THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARCHELINO T. PALPALLATOC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY; CARY FISKE; KYLE CHURCHILL; and 3 Jane/John Doe Defendants whose identity is not yet known,<br><br>　　　　　Defendants. | No. 3:22-cv-05728-BJR<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT AND ORDER |

Pursuant to Local Rule 7(d)(1), Defendant The Boeing Company ("Boeing") hereby requests that the Court extend Boeing's deadline to file its response to Plaintiff's Amended Complaint until 14 days after the Court rules on Boeing's partial motion to dismiss. Counsel for Archelino T. Palpallatoc ("Plaintiff") have stated that they consent to the extension and do not oppose the motion.

On October 7, 2022, Boeing filed its partial motion to dismiss and motion for more definite statement. Dkt. 12. On December 5, 2022, Plaintiff filed his opposition to Boeing's motion, Dkt. 18, as well as a motion for leave to file an amended complaint, Dkt. 17. On December 8, 2022, the Court granted Plaintiff's request to file an amended complaint and directed Boeing to proceed with filing its reply in support of its partial motion to dismiss on December 19, 2022. Dkt. 20.

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE ANSWER TO AMENDED COMPLAINT
AND ORDER – 1
(NO. 3:22-CV-05728-BJR)
92520056.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Under Federal Rule of Civil Procedure 12(a)(4)(A), Boeing must serve an answer 14 days after notice of the Court's action on the partial motion to dismiss. However, out of an abundance of caution resulting from Plaintiff filing his Amended Complaint prior to the Court ruling on the partial motion to dismiss, Boeing seeks an order from the Court extending Boeing's answer deadline. Additionally, because the Amended Complaint resolved some, but not all, of the issues addressed in the partial motion to dismiss, the Court's anticipated ruling on the partial motion to dismiss may result in further amendments to the complaint. Accordingly, in the interest of judicial economy and to avoid the unnecessary filing of an answer to a complaint that may change pending the Court's ruling on the partial motion to dismiss, Boeing seeks to extend its deadline to file its answer to Plaintiff's Amended Complaint until 14 days after the Court rules on the partial motion to dismiss.

Dated: December 19, 2022

By: s/ Linda D. Walton
Linda D. Walton, WSBA No. 20604
Shannon McDermott, WSBA No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
LWalton@perkinscoie.com
SMcDermott@perkinscoie.com

*Attorneys for Defendant THE BOEING COMPANY*

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE ANSWER TO AMENDED COMPLAINT
AND ORDER – 2
(NO. 3:22-CV-05728-BJR)
92520056.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## **ORDER**

Based upon the foregoing, **IT IS SO ORDERED** that Boeing's deadline to file an answer to Plaintiff's Amended Complaint is extended until 14 days after the Court rules on the partial motion to dismiss.

DATED this 15th day of February, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE ANSWER TO AMENDED COMPLAINT
AND ORDER – 3
(NO. 3:22-CV-05728-BJR)
92520056.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

On December 19, 2022, I caused to be served upon the below named counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Mary Ruth Mann, WSBA No. 9343<br>James W. Kytle, WSBA No. 35048<br>Law Offices of Mann & Kytle, PLLC<br>1425 Western Ave., #104<br>Seattle, WA 98101<br>Telephone: (206) 587-2700<br>mrmann@mannkytle.com<br>jkytle@mannkytle.com<br>**Attorneys for Plaintiff** | ☐ Via Hand Delivery<br>☐ Via U.S. Mail, 1st Class, Postage Prepaid<br>☐ Via Overnight Delivery<br>☒ Via Email<br>☒ Via E-service |

**I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on December 19, 2022.

*s/Kayani Bituin*
Kayani Bituin, Legal Practice Assistant

CERTIFICATE OF SERVICE

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

92520056.1