IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARCHELINO T. PALPALLATOC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY; CARY FISKE; KYLE CHURCHILL; and 3 Jane/John Doe Defendants whose identity is not yet known,<br><br>Defendants. | Case No. 3:22-cv-05728-BJR<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT THE BOEING COMPANY** |

This matter came before the Court on Defendant The Boeing Company's Motion for Withdrawal and Substitution of Counsel. This Court, having reviewed the pleadings and documents on file, being fully apprised of the premise and legal authority relating to this issue, and having considered Defendant's Motion for Withdrawal and Substitution of Counsel;

IT IS SO ORDERED that:

1. Defendant's Motion for Withdrawal and Substitution of Counsel is hereby GRANTED;

2. Linda D. Walton and Shannon McDermott of the law firm Perkins Coie, LLP are withdrawn as counsel of record for Defendant The Boeing Company;

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1
Case No. 3:22-cv-05728-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

3. Laurence A. Shapero and Sarah Jung Evans of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are substituted as counsel of record for Defendant The Boeing Company; and

4. The appearances of Laurence A. Shapero and Sarah Jung Evans are hereby entered on behalf of Defendant The Boeing Company.

DATED this 15th day of February, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 2
Case No. 3:22-cv-05728-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058