IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARCHELINO T. PALPALLATOC,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY; CARY FISKE; KYLE CHURCHILL; and 3 Jane/John Doe Defendants whose identity is not yet known,<br><br>    Defendants. | Case No. 3:22-cv-05728-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF CASE SCHEDULE DEADLINES** |

THIS MATTER came before the Court upon Defendant The Boeing Company's and Plaintiff Archelino Palpallatoc's Revised Stipulated Motion for Extension of Case Schedule Deadlines. The Court finds that good cause exists to extend the discovery and dispositive motion deadlines. Therefore, the Court hereby ORDERS that the Revised Stipulated Motion for Extension of Case Schedule Deadlines is GRANTED.

IT IS FURTHER ORDERED that the following Dates and Deadlines shall be entered by the Clerk of the Court; and that the Clerk will update the Case Docket to reflect these newly-agreed upon Case Dates and Deadlines:

//

//

//

ORDER GRANTING MOTION FOR
EXTENSION OF CASE SCHEDULE
DEADLINES - 1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| JURY TRIAL DATE | February 26, 2024 | July 22, 2024 |
| Discovery completed by | August 30, 2023 | October 31, 2023 |
| Dispositive motions filed by | September 29, 2023 | January 15, 2024 |
| Motions *in limine* filed by | January 22, 2024 | June 19, 2024 |
| Joint Pretrial Statement | January 29, 2024 | June 26, 2024 |
| Pretrial conference | February 12, 2024 | July 8, 2024 |

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

DATED this 29th day of August, 2023.

*[signature]*

The Honorable Barbara J. Rothstein

*Presented by:*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah J. Evans*
Laurence A. Shapero, WSBA #31301
Sarah Jung Evans, WSBA #37409
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com
      sarah.evans@ogletree.com

*Attorneys for Defendant The Boeing Company*

ORDER GRANTING MOTION FOR
EXTENSION OF CASE SCHEDULE
DEADLINES - 2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

MANN & KYTLE PLLC

*/s/ Mary Ruth Mann*
*/s/ James W. Kytle*
Mary Ruth Mann, WSBA No. 9343
James W. Kytle, WSBA No. 35048
Law Offices of Mann & Kytle, PLLC
1425 Western Ave., #104
Seattle, WA 98101
Telephone: (206) 587-2700
mrmann@mannkytle.com
jkytle@mannkytle.com

ORDER GRANTING MOTION FOR
EXTENSION OF CASE SCHEDULE
DEADLINES - 3

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

57982294.v1-OGLETREE

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I served the foregoing [PROPOSED] ORDER GRANTING REVISED MOTION FOR EXTENSION OF CASE SCHEDULE DEADLINES via the method(s) below on the following parties:

> Mary Ruth Mann, WSBA No. 9343
> James W. Kytle, WSBA No. 35048
> Law Offices of Mann & Kytle, PLLC
> 1425 Western Ave., #104
> Seattle, WA 98101
> Telephone: (206) 587-2700
> mrmann@mannkytle.com
> jkytle@mannkytle.com
>
> *Attorneys for Plaintiffs*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 28th day of August, 2023 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/ Jordan E. Sheets*
>   Jordan E. Sheets, Practice Assistant
>   jordan.sheets@ogletree.com

ORDER GRANTING MOTION FOR EXTENSION OF CASE SCHEDULE DEADLINES - 4

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058