# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARCHELINO T. PALPALLATOC,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY; CARY FISKE; KYLE CHURCHILL; and 3 Jane/John Doe Defendants whose identity is not yet known,<br><br>Defendants. | Case No. 3:22-cv-05728-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR A 17-DAY CONTINUANCE OF DISCOVERY DEADLINE** |

THIS MATTER came before the Court upon Defendant The Boeing Company's and Plaintiff Archelino Palpallatoc's Revised Stipulated Motion for 17-Day Continuance of Discovery Deadline. The Court finds that good cause exists to extend the discovery deadline. Therefore, the Court hereby ORDERS that the Stipulated Motion for a 17-Day Continuance of Discovery Deadline is GRANTED.

IT IS FURTHER ORDERED that the following Date and Deadline shall be entered by the Clerk of the Court; and that the Clerk will update the Case Docket to reflect this newly-agreed upon Discovery Deadline:

//

//

//

ORDER GRANTING STIPULATED
MOTION FOR A 17-DAY
CONTINUANCE OF DISCOVERY
DEADLINE - 1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| JURY TRIAL DATE | July 22, 2024 | No change |
| Discovery completed by | October 31, 2023 | November 17, 2023 |
| Dispositive motions filed by | January 15, 2024 | No change |
| Motions *in limine* filed by | January 22, 2024 | No change |
| Joint Pretrial Statement | January 29, 2024 | No change |
| Pretrial conference | February 12, 2024 | No change |

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

DATED this 21st day of September, 2023.

*(signature)*

The Honorable Barbara J. Rothstein

*Presented by:*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah J. Evans*
Laurence A. Shapero, WSBA #31301
Sarah Jung Evans, WSBA #37409
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com
          sarah.evans@ogletree.com

*Attorneys for Defendant The Boeing Company*

ORDER GRANTING STIPULATED MOTION FOR A 17-DAY CONTINUANCE OF DISCOVERY DEADLINE - 2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1  MANN & KYTLE PLLC

2  */s/ Mary Ruth Mann*
3  */s/ James W. Kytle*
   Mary Ruth Mann, WSBA No. 9343
4  James W. Kytle, WSBA No. 35048
   Law Offices of Mann & Kytle, PLLC
5  1425 Western Ave., #104
   Seattle, WA 98101
6  Telephone: (206) 587-2700
   mrmann@mannkytle.com
7  jkytle@mannkytle.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION FOR A 17-DAY CONTINUANCE OF DISCOVERY DEADLINE - 3

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058