# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARCHELINO T. PALPALLATOC,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY; CARY FISKE; KYLE CHURCHILL; and 3 Jane/John Doe Defendants whose identity is not yet known,<br><br>Defendants. | Case No. 3:22-cv-05728-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR A 28-DAY CONTINUANCE OF DISCOVERY DEADLINE & LIMITED SCOPE CONTINUANCE** |

THIS MATTER came before the Court upon Defendant The Boeing Company's and Plaintiff Archelino Palpallatoc's Revised Stipulated Motion for 28-Day Continuance of Discovery Deadline & Limited Scope Continuance. The Court finds that good cause exists to extend the discovery deadline. Therefore, the Court hereby ORDERS that the Stipulated Motion for a 28-Day Continuance of Discovery Deadline & Limited Scope Continuance is GRANTED.

IT IS FURTHER ORDERED that the following Date and Deadline shall be entered by the Clerk of the Court; and that the Clerk will update the Case Docket to reflect this newly-agreed upon Discovery Deadline:

//

//

ORDER GRANTING STIPULATED MOTION FOR A 28-DAY CONTINUANCE OF DISCOVERY DEADLINE & LIMITED SCOPE CONTINUANCE - 1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| JURY TRIAL DATE | July 22, 2024 | No change |
| Discovery completed by | November 17, 2023 | December 15, 2023 (with limited scope extension to January 10, 2024 for deposition of Vickie Thurston only) |
| Dispositive motions filed by | January 15, 2024 | No change |
| Motions *in limine* filed by | June 19, 2024 | No change |
| Joint Pretrial Statement | June 26, 2024 | No change |
| Pretrial conference | July 8, 2024 | No change |

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

DATED this 13th day of November, 2023.

The Honorable Barbara J. Rothstein

*Presented by:*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah J. Evans*
Laurence A. Shapero, WSBA #31301
Sarah Jung Evans, WSBA #37409
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058

ORDER GRANTING STIPULATED MOTION FOR A 28-DAY CONTINUANCE OF DISCOVERY DEADLINE & LIMITED SCOPE CONTINUANCE - 2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1 | Email: laurence.shapero@ogletree.com
2 |        sarah.evans@ogletree.com

*Attorneys for Defendant The Boeing Company*
MANN & KYTLE PLLC

*/s/ Mary Ruth Mann*
*/s/ James W. Kytle*
Mary Ruth Mann, WSBA No. 9343
James W. Kytle, WSBA No. 35048
Law Offices of Mann & Kytle, PLLC
1425 Western Ave., #104
Seattle, WA 98101
Telephone: (206) 587-2700
mrmann@mannkytle.com
jkytle@mannkytle.com

ORDER GRANTING STIPULATED MOTION FOR A 28-DAY CONTINUANCE OF DISCOVERY DEADLINE & LIMITED SCOPE CONTINUANCE - 3

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR A 28-DAY CONTINUANCE OF DISCOVERY DEADLINE & LIMITED SCOPE CONTINUANCE via the method(s) below on the following parties:

> Mary Ruth Mann, WSBA No. 9343
> James W. Kytle, WSBA No. 35048
> Law Offices of Mann & Kytle, PLLC
> 1425 Western Ave., #104
> Seattle, WA 98101
> Telephone: (206) 587-2700
> mrmann@mannkytle.com
> jkytle@mannkytle.com

*Attorneys for Plaintiffs*

☒  by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐  by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐  by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 9th day of November, 2023 at Seattle, Washington.

>  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/ Jordan E. Sheets*
>   Jordan E. Sheets, Practice Assistant
>   jordan.sheets@ogletree.com

ORDER GRANTING STIPULATED MOTION FOR A 28-DAY CONTINUANCE OF DISCOVERY DEADLINE & LIMITED SCOPE CONTINUANCE - 4

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058