The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARCHELINO T. PALPALLATOC,

    Plaintiff,

v.

THE BOEING COMPANY, *et al.*,

    Defendants.

NO. 22-cv-5728

**ORDER GRANTING PARTIES' REQUEST TO RESCHEDULE TRIAL**

Plaintiff, Archelino Palpallatoc, brought this employment discrimination action against his employer, The Boeing Company, alleging multiple violations of the Washington Law Against Discrimination ("WLAD"). On March 29, 2024, the Court granted in part and denied in part Defendant's Motion for Summary Judgment, and only one claim remains for trial. *See* Order, ECF No. 82. By email, the parties sought modifications to certain pretrial dates and requested a two-week delay of the trial. The Court has considered the implications and hereby GRANTS the request. However, to accommodate this request, the length of the trial shall be limited to five days, with jury selection being conducted on the Friday prior to trial.

The following represents the revised case deadlines:

- Motions in Limine are due June 10, 2024; responses are due June 24, 2024. No replies shall be filed without order of the Court.

ORDER GRANTING PARTIES' REQUEST TO RESCHEDULE TRIAL

- 1

- Joint Pretrial Statement – June 26, 2024.  The parties are forewarned to consider the limited time for trial in their preparation of witness and exhibit lists.

- Pretrial Conference – July 8, 2024 at 10:30 a.m.  The pretrial conference will be held remotely by Zoom videoconference.

- Jury Selection – Friday, August 2, 2024 at 9:00 a.m.

- 5-day Jury Trial will commence Monday, August 5, 2024 at 9:00 a.m.

By separate order, the Court will refer the parties to mediation with a Magistrate Judge, who will contact the parties to schedule a settlement conference.

DATED this 15th day of April 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PARTIES' REQUEST TO RESCHEDULE TRIAL

- 2