THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ARCHELINO T. PALPALLATOC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a foreign profit corporation; CARY FISKE, a Washington Resident; KYLE CHURCHILL a Washington Resident; and 3 Jane/John Doe Defendants whose identity is not yet known.<br><br>Defendants. | No. 3:22-cv-05728-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

THIS MATTER came before the Court upon a Stipulated Motion for a short extension to file a Pre-Trial Statement and related documents. The Court finds that good cause exists to extend the current Pre-Trial Statement filing and submittal deadline of June 26, 2024. Therefore, the Court hereby ORDERS that the Stipulated Motion for an Extension of time is GRANTED and the Joint Pre-Trial Statement and related documents be filed and submitted July 1, 2024.

DATED this 26th day of June, 2024.

*/s/ Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN

---

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** - 1
(No.3:22-CV-05728-BJR)

LAW OFFICES OF
MANN & KYTLE, PLLC
1425 Western Ave., #104
Seattle, WA 98101
Tel. 206-587-2700

Presented By:

**MANN & KYTLE, PLLC**

By*:     s/ Mary Ruth Mann*
Mary Ruth Mann, WSBA 9343
James W. Kytle, WSBA 35048
1425 Western Ave., #104
Seattle, WA 98101
(206) 587-2700
jkytle@mannkytle.com
mrmann@mannkytle.com

LAW OFFICE OF SUSAN B. MINDENBERGS

By: *s/Susan Mindenbergs*
 Susan B. Mindenbergs, WSBA No. 20545
 Law Office of Susan B. Mindenbergs
 705 Second Avenue, Suite 1050
 Seattle, WA 98104
 Phone: (206) 447-1560
 susanmm@msn.com
*Attorney for Plaintiff Archelino T. Palpallato*


By: *s/ Laurence Shapero electronically signed per email authorization 6-26-24*
Laurence A. Shapero, WSBA # 31301
Sarah Jung Evans, WSBA # 37409
Emma A. Healey, WSBA #58384
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:     (206) 693-7057
laurence.shapero@ogletree.com
sarah.evans@ogletree.com
emma.healey@ogletree.com
*Attorneys for Defendant*

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** - 2
(No.3:22-CV-05728-BJR)

LAW OFFICES OF
MANN & KYTLE, PLLC
1425 Western Ave., #104
Seattle, WA 98101
Tel. 206-587-2700

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on June 26, 2024, I served a true and correct copy via email and Court E-Filing of the foregoing document:

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Laurence A. Shapero, WSBA # 31301
Sarah Jung Evans, WSBA # 37409
Emma A. Healey, WSBA #58384
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:    (206) 693-7057
laurence.shapero@ogletree.com
sarah.evans@ogletree.com
emma.healey@ogletree.com
*Attorneys for Defendant*

*s/ Stacy Hughes*
Stacy Hughes

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** - 3
(No.3:22-CV-05728-BJR)

LAW OFFICES OF
MANN & KYTLE, PLLC
1425 Western Ave., #104
Seattle, WA 98101
Tel. 206-587-2700